■ ESTATE OF FRANK TAYLOR, Deceased, by WINTHROP H. PHELPS, as Executor, Appellant, v PRESCILLA O. MORENO, Respondent. [740 NYS2d 899] —Appeal from an order of Supreme

Court, Erie County (Doyle, J.), entered March 2, 2001, which granted defendant's motion to vacate a default judgment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs.

Memorandum: Supreme Court did not abuse its discretion in granting the motion of defendant to vacate a default judgment entered against her as a consequence of her failure to answer the complaint (*see Smith v Smith,* 291 AD2d 828; *Steinbarth v Otis El. Co.,* 244 AD2d 930). Defendant demonstrated both a reasonable excuse for the default and a meritorious defense to the action (*see Marchionda & Assoc. v Maximum Express Delivery,* 213 AD2d 1071; *see generally Di Lorenzo, Inc. v Dutton Lbr. Co.,* 67 NY2d 138, 141; *Fidelity & Deposit Co. of Md. v Andersen & Co.,* 60 NY2d 693, 695). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Lawton, JJ.